UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 0:25-cv-60148-AHS

ANDREE CAMPBELL,

    Plaintiff,

v.

TECHY LLC, and TECHY
COMPANY LLC,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ANDREE CAMPBELL ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendants, TECHY LLC, and TECHY COMPANY LLC (collectively, the "Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties"), have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties sixty (60) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Jointly submitted this 11th day of April, 2025.

                                                                Respectfully submitted,

| | |
|---|---|
| */s/ Aleksandra Kravets* | */s/ Bethany Lyn Schonsheck* |
| Aleksandra Kravets, Esq. | Bethany Lyn Schonsheck, Esq. |
| Florida Bar No. 120562 | Florida Bar No. 417017 |
| | |
| E-mail: ak@akesqpa.com | Email: bschonsheck@halifaxlawgroup.com |
| ALEKSANDRA KRAVETS, ESQ. P.A. | HALIFAX LAW GROUP |
| 1100 Buchanan Street | 444 Seabreeze Boulevard, Suite 890 |

1

| | |
|---|---|
| Hollywood, Florida 33019 | Daytona Beach, FL 32118 |
| Telephone: 347-268-9533 | Telephone: 386-492-4880 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all parties.

ALEKSANDRA KRAVETS, ESQ. P.A.
*Counsel for Plaintiff*
1100 Buchanan Street
Hollywood, FL 33019
Tel.: 347.268.9533
Email: ak@akesqpa.com

By:   */s/ Aleksandra Kravets*
        Aleksandra Kravets, Esq.
        Florida Bar No.: 120562

and

HALIFAX LAW GROUP
*Counsel for Defendant*
444 Seabreeze Boulevard, Suite 890
Daytona Beach, FL 32118
Telephone: 386-492-4880
Email: bschonsheck@halifaxlawgroup.com

   */s/ Bethany Lyn Schonsheck*
   Bethany Lyn Schonsheck, Esq.
   Florida Bar No. 417017