UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60148-CIV-SINGHAL/STRAUSS

ANDREE CAMPBELL,

     Plaintiff,

v.

TECHY LLC and TECHY COMPANY LLC,

     Defendants.

_____/

## **ORDER**

**THIS CAUSE** came before the Court on the parties' Joint Notice of Settlement (DE [19]).  The Court having reviewed the Joint Notice of Settlement and the docket, it is hereby

     **ORDERED AND ADJUDGED** that:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal on or before **June 10, 2025,** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. Furthermore, the Court retains jurisdiction over the case until the settlement is consummated.

4.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending

motions are **DENIED AS MOOT**.


      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of

April 2025.

                                      _____

                                      RAAG SINGHAL

                                      UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF